# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

Edward F. Spiller,           )
                             )
         Plaintiff           )
                             )
    vs.                      )        Case No. 17-1026
                             )        (The case number will be assigned by the clerk)
C/o Carter                   )
Signther                     )
Brian L. Asbell              )
Correctional Superintendent  )
Michael D. McCoy             )
Sheriff                      )
C/o Christoper.              )
Schachtme                   ,)
                             )
         Defendant(s)        )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☒ Unknown _____

### I. FEDERAL JURISDICTION

_____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*



Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

   Full Name: Edward F. Spiller

   Prison Identification Number: 1603330

   Current address: 301 N. Maxwell Road Peoria Illinois 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

   Defendant #1:

   Full Name: C/o Carter

   Current Job Title: Signtuer

   Current Work Address: 301 N Maxwell Road Peoria Illinois

   Defendant #2:

   Full Name: Brian L. Asbell

   Current Job Title: Correctional Superintendent

   Current Work Address: 301 N Maxwell Peoria Illinois

   Defendant #3:

   Full Name: Michael D. McCoy

   Current Job Title: Sheriff

2

Current Job Title: Sheriff

Current Work Address: 301 N. Maxwell Road Peoria Illinois 61604

Defendant #4:

Full Name: Christopher, Schachtrup

Current Job Title: C/O And Charge of Inmate Kiosk

Current Work Address: 301 N. Maxwell Road Peoria Illinois 61604

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

3

C. If your answer to B is yes, how many? __0__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number __N/A__

2. Basic claim made __N/A__

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☐ No ☒

B. Have you filed a grievance concerning the facts relating to this complaint?

　　Yes ☐　No ☒

If your answer is no, explain why not __c/o, christopher, Schachtrun Refused to end out my grievance, He is And charge of Inmate kiosk, grievance__

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence <u>CRUEL And unusAl Punishment</u>

Date(s) of the occurrence <u>12/8/2016</u>

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I Edwin F. Spillen was Released From Peoria county Jail Lack-Back For A Incident Refused To Lack-up I Recipt 20 Days Lack-Back Now my Time Is up Signturn Carter Refused To move me Back on A Pod - I Request To Ms. Carter I Need A inmate on my keep Away List for we want Be fight Now my Time Is up on 12/8/2016 Ms. Carter Refused To move me Back To General Population got me Segregated From All Inmate Something Call Add-Seg No TV Know Telephone But one A Week No Hot water. No Hot-Shower And know Heat on The Pod H-3-3 And my Room It's Pay Back for All Lawsuit I have In on Michael D. McCoy Et Al)

I Sent Brian L. Asbell Correctional Superintendent grievance And A Letter Request To Be move From This Add-Seg And I Sent A Freedom of Information Form Request All my grievance Back About This Incident Superintendent Brian Asbell Refused Com'ment And Refused To move me As Today It's cold over Here And This H-3-3-Pod-Room May get me Hurt or his

5

I. Inmate Edward F. Spiller, sent Michael D. McCoy A grievance About This Incident Signtuer C/o Carter, Refused To make me off This. Add-seg something I Did Not Request To Be on And Refused me Law-Library No T.V know Telephone But one A week No Hot Water know Hot-Shower And no Heat And My Room I Let Michael D. McCoy No This Is Cruel And unusual Punishment what This Peoria county Jail Doing on 301 N. MAX well Road Peoria Illinois Doing To Me This Is Pay Back From All My Law suit I Have Put In on This County Jail I Request more/ng 4-Time To Be Mae Back To General.Population Not - Segregated From All Inmate McCoy Have knowledge In superintendent Asbell Have Knowledge ODY Refused comment About This Incident seg Time Been over with on 12/8/2016 If 12/17/2016 I Edward Spiller sent C/o Christopher. Schachtrup 3 grievance And 4 Request About This Incident on The Inmate Kisok. C/o Schachtrup Is In Charge I Sending All-grievance And Request going out C/o Schachtrup said His Boss Do Not Care About Me Being Segregated From general population I Request copy Of All My Request And grievance I Put on The Inmate Kiosk case Number Is T grievance And Request ODY Refused Here This grievance case Number 80237 Time 9:35.M AM 12/12/16

6

And my Room I Let Michael D. McCoy no this is Cruel And unusual Punishment what this Peoria County Jail Doing on 3ed NW Max Well Road Peoria Illinois to me this is PayBack From All My Law suit I have Put In on this County Jail Request Moveing 4-Times To Be Move Back to general Population Not Segregated From All Inmate mccoy have knowlege In superintnendent ABell have knowledge Day Refused Com-Ment About this Incident Time Ben over with on 12/8/2016 It's 12/17/2016 I Edward Spiller sent c/o Christepher Schachtrup 3-grievance And 4-Request About this Incident on the Inmate Kisok to Schachtrup Is In Charge of sending All-grievance And Request going out c/o schachtrup said His Boss Do not Care About me Being segregated From general population I Request Copy of All My Request And grievance I put on The Kiosk Case number Is I grievance And Request, Day Refused Here this grievance Case number 80237 Time 9:39 Am 12/12/16 I grievance This one on 12/12/2016 Case number 80261 Time 10:53 Am I grievance This one on 12/13/16 Time 11:27 CAse number 80362 I sent out this grievance out To All Them To 12/14/2016 Time 10:17 Am case number Is 80498 I Ask For A Copy of All Them grievance And request Back off The Inmate Kiosk I Put Down on Them Date I Put out A Request Freedom of Information Asking For my Copy c/o hArge said His Boss McCoy said Do not Send Me Shit Back I sitting Here Being Segregated From Inmate In general population For Request me Inmate Be on A Keep Away List for we can't fight But one c/o said may get over to Be this Because All The Lawsuit I Ben Puting And on the County This Came From McCoy    6   Sheriff An his Staff have knowledge And Is And Involved In this Claims I'Am Asking the Court To order Michael D. McCoy Sheriff Returned All My Reqeust And grievance I Ask And About this Incident

From Inmate Edward Spiller 160339c

Here is All The Case Number I Need From michael D. McCoy Sheriff And Brian L. Asbell correctional Superintendent And C/O Christopher, Schachtrup In Charge of The Inmate Kiosk - Request And Grievance

Relief Requested

Here All The, State what Relief you want From The court

I Need My Copy of grievance

Case Number

12/14/2016
Time 10:17 Am
Case number
80499

12/13/16
Time 5:57 Am
80294 Case Number

12/13/16
Time 12:30 PM
80367

12/7/16
Time 8:54
79610

12/12/2016
10:53 AM
Case number
80361



I got Released from Add-Seg on 12/17/2016 and I Let Signature to Carter I have seizure I'm a Epilepsy she move me to E1-2 Bed I Let her know Signature Carter I can't Be on The Top-Bed she Tell me to sleep on The Floor Now I Ben Sleep on The Floor From 12/17/2016 To Now 12/23/2016 She Refused move me Down Low Bed I have pain And my lower Back I Ben shot In my Back And say no About This Back pain This Just pay Back

RELIEF REQUESTED

(State what relief you want from the court.)

Punitive Damages For Cruel, In, unusal, Punishment

7

I Requested I Be Returned Back To general population out Segregate I'm asked for Punitive Damages, for cruel In unusual Punishment Are asked In The Amount of 3 hundredth Thousandth Dollar In pain In Suffering Know Telephone call No TV Know Hot Water No Hot Shower On The Pod I Want Be move And All my copy of My Request And Grievance I Ask For The court To order my Request 6-Hundredth, Thousandth Dollar For All The Pain In suffering And I Need A court order For All

JURY DEMAND    Yes ☐    No ☒    Request In grievance From Inmate Kiosk

Signed this __12__ day of __8__, 20_16_.

_Edward Spiller_
( Signature of Plaintiff)

| Name of Plaintiff: Edward F. Spiller | Inmate Identification Number: 1603230 |
| Address: 301 N. Maxwell Road Peoria Illinois | Telephone Number: 309 214-1899 |

8

Ernest King
301 N, MAX Well, Rd
PeoRia Illinois 61604

To united States District Court
Central District of Illinois
office of The Clerk Room 309
Federal Building 100 N.E, Monroe
Peoria, Illinois 61602

Legal
Mail
going
out